Case 1:21-cr-10087-STA   Document 311   Filed 03/08/24   Page 1 of 1   PageID 1242

AO 247 (Rev. 03/19)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

United States of America
v.

TRAVIS HALE

Case No: 1:21:cr-10087-STA
USM No: 69871-509

Date of Original Judgment: 05/17/2022
Date of Previous Amended Judgment: _____
*(Use Date of Last Amended Judgment if Any)*

M. Dianne Smothers
*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __seventy (70)__ months **is reduced to** __fifty-seven (57)__ .

*(See Page 2 for additional parts. Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __05/17/2022__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: 03/08/2024

s/ S. Thomas Anderson
*Judge's signature*

Effective Date: _____
*(if different from order date)*

S. Thomas Anderson, United States District Judge
*Printed name and title*